UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 99CR0101-BTM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |
| ALMA CARBALLO-LAGOS, | ) | |
| Defendants. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against ALMA CARBALLO-LAGOS, be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: October 2, 2013

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court